September 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DONALD R. CAIN, Appellant

NO. 14-12-00954-CV                    V.

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Progressive County Mutual Insurance Company, signed, September 19, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Donald R. Cain to pay all costs incurred in this appeal. We further order this decision certified below for observance.